IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-00138-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DERRICK WESLEY BROOKS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court with regard to Defendant's Motion to Suppress [DE-24]. A hearing on the motions will be held on **Thursday, November 10, 2016, at 10:30 a.m.** in Courtroom 3 of the Alton Lennon Federal Building in Wilmington, North Carolina.

The United States Attorney's Office is directed to make the necessary arrangements to ensure Defendant's appearance at the hearing.

SO ORDERED, this the _31_ day of October 2016.

Robert B. Jones, Jr.
United States Magistrate Judge